168 A.3d 1171

BOARD OF TRUSTEES OF PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF NEW JERSEY, BOARD OF TRUSTEES OF TEACHERS' PENSION AND ANNUITY FUND OF NEW JERSEY, AND BOARD OF TRUSTEES OF POLICE AND FIREMEN'S RETIREMENT SYSTEM OF NEW JERSEY, PLAINTIFFS–PETITIONERS, v. STATE OF NEW JERSEY, NEW JERSEY DEPARTMENT OF TREASURY, CHRISTOPHER JAMES CHRISTIE, GOVERNOR, AND ROBERT A. ROMANO, ACTING TREASURER, STATE OF NEW JERSEY, DEFENDANTS–RESPONDENTS.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001115–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs; and it is further

ORDERED that the notice of appeal is dismissed.